DANIEL G. BOGDEN
United States Attorney
JAMES E. KELLER
Assistant United States Attorneys
100 West Liberty Street, Suite 600
Reno, Nevada  89501
(775) 784-5438

ARTHUR G. WYATT
Chief, Narcotic and Dangerous Drug Section
BRIAN SARDELLI
Trial Attorney
U.S. Department of Justice
Narcotic & Dangerous Drug Section
145 N Street, Northeast, East Wing, Second Floor
Washington, D.C. 20530
(202) 514-0917

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00285-KJD-PAL |
| Plaintiff, | REQUEST TO VACATE STATUS CONFERENCE |
| v. | |
| CHARLES BURTON RITCHIE,<br>    a/k/a Burton Ritchie,<br>BENJAMIN GALECKI,<br>    a/k/a Zencense Ben, | |
| Defendants. | |

**REQUEST TO VACATE STATUS CONFERENCE**

COMES NOW, the United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney for the District of Nevada, JAMES E. KELLER, Assistant United States Attorney, ARTHUR G. WYATT, Chief, Narcotic and Dangerous Drug Section, and BRIAN SARDELLI, Trial Attorney, files this request to vacate the status conference currently set for  March 1, 2016, at 10:30 A.M. in Las Vegas, Nevada, Courtroom 3B before Magistrate Judge Peggy A. Leen.

1

Judge Leen stated that if counsel did not require this status conference, they were directed to file a brief request to vacate the hearing no later than February 26, 2016.  Counsel for the United States and counsel for both Defendants, Mr. Ritchie and Mr. Galecki, have conferred and have authorized the United States to file this request to vacate the upcoming status conference.  Based on the recent continuation of the trial date and complex case scheduling order granted by the Court, the parties agree that the status conference is not needed at this time and request that the March 1, 2016 status conference be vacated.

Therefore, it is respectfully requested that the March 1, 2016 status conference be vacated.

DATED this 26th day of February 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section

__/s/ Brian Sardelli_____
BRIAN SARDELLI
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 8th Floor
Washington, DC 20530
Telephone: (202) 598-2950
E-mail: brian.sardelli2@usdoj.gov

IT IS SO ORDERED this 26th
day of February, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th of February 2016, a copy of this document was served on all parties via ECF.

                                              Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section

__/s/ Brian Sardelli_____
BRIAN SARDELLI
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 8th Floor
Washington, DC 20530
Telephone: (202) 598-2950
E-mail: brian.sardelli2@usdoj.gov