DANIEL G. BOGDEN
United States Attorney
JAMES E. KELLER
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89511
(775) 784-5438

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Brian Sardelli, Trial Attorney
U.S. Department of Justice
Narcotic & Dangerous Drug Section
145 N Street, Northeast
East Wing, Second Floor
Washington, D.C. 20530
(202) 514-0917

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00285-KJD-PAL |
|---|---|
| Plaintiff, | MOTION FOR LEAVE OF COURT TO PROVIDE DISCOVERY TO THIRD-PARTY INDIVIDUAL |
| v. | |
| CHARLES BURTON RITCHIE, and BENJAMIN GALECKI, | |
| Defendants. | |

COMES NOW, the United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, James E. Keller, Assistant United States Attorney, Arthur G. Wyatt, Chief, Narcotic and Dangerous Drug Section, and Brian Sardelli, Trial Attorney, moves the Court to permit the government to provide the discovery in this case, which has been protected per the Court's order [Document #30], to third-party individual Ryan Eaton, through his attorney, Eric

1

Stevenson, Esq.  Mr. Eaton is not currently charged in this case, but is a potential co-defendant in this matter and this discovery will allow his attorney, Eric Stevenson, Esq., to evaluate his client's case and to assess whether to seek to resolve this case short of his client's charging in the case.  A copy of the protective order will also be provided to Mr. Eaton and Mr. Eaton's counsel, Eric Stevenson.  Notice of the disclosure of this discovery to Ryan Eaton and his attorney, Eric Stevenson, Esq., will be provided to defendants Ritchie and Galecki through each of their respective counsel.  Mr. Stevenson and his client, Mr. Eaton, understand and agree (as Mr. Stevenson has confirmed with the undersigned) to be bound by the protective order as if they were a party in this case if they receive this discovery.

DATED this 21st day of March, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


__/s/ James E. Keller_____
JAMES E. KELLER
Assistant United States Attorney

### ORDER

Based upon the motion of the United States of America,

IT IS ORDERED that leave of Court is granted to the United States of America to provide discovery in this case to third-party individual Ryan Eaton, through his counsel, Eric Stevenson.

IT IS FURTHER ORDERED that the United States of America shall provide a copy of the protective order to Ryan Eaton and Ryan Eaton's counsel, Eric Stevenson.

IT IS FURTHER ORDERED that Ryan Eaton and his counsel shall file an acknowledgment of receipt of the protective order and agreement to be bound by its terms

IT IS SO ORDERED.

Dated __April 20_____, 2016.

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2

CERTIFICATE OF SERVICE

It is hereby certified that pursuant to LCR 47-11 service of the foregoing MOTION FOR LEAVE OF COURT TO PROVIDE DISCOVERY TO THIRD-PARTY INDIVIDUAL was made through the Court's electronic filing and notice system (CM/ECF) or, as appropriate, by sending a copy of the same by first class mail, addressed to the following addresses:

J. LLOYD SNOOK, Esq.
DAN ALBREGTS, Esq.
albregts@hotmail.com
Counsel for Charles Burton Ritchie

WILLIAM GAMAGE, Esq.
wgamage@gamagelaw.com
Counsel for Benjamin Galecki

DATED this 21st day of March, 2016.

                                                                                   /s/ James E. Keller
                                                                                   JAMES E. KELLER