1  DANIEL G. BOGDEN
   United States Attorney
2  JAMES E. KELLER (NVBN 10636; NYBN 2893881)
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, Nevada  89501
4  (775) 784-5438
   James.Keller3@usdoj.gov
5
   ARTHUR G. WYATT
6  Chief, Narcotic and Dangerous Drug Section
   BRIAN SARDELLI
7  Trial Attorney
   U.S. Department of Justice
8  Narcotic & Dangerous Drug Section
   145 N Street, Northeast, East Wing, Second Floor
9  Washington, D.C. 20530
   (202) 514-0917
10 Brian.Sardelli@crm.usdoj.gov

11 Attorneys for United States of America

12                    UNITED STATES DISTRICT COURT

13                          DISTRICT OF NEVADA

14 | UNITED STATES OF AMERICA,      | Case No. 2:15-CR-00285-KJD-PAL
15 |              Plaintiff,         | MOTION TO ADMIT GOVERNMENT
                                       ATTORNEY (KAREN P. SEIFERT)
16 |        v.                       |
17 | CHARLES BURTON RITCHIE,         |
        a/k/a Burton Ritchie,
18 | BENJAMIN GALECKI,               |
        a/k/a Zencense Ben,
19 |                                 |
             Defendants.
20

21     THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to

22 LRIA-10-3, for the admission of Trial Attorney Karen P. Seifert to the Bar of this Court for the

23 purpose of representing the United States of America, its political subdivisions, officers, and

24 employees, in the above identified case or any related cases.  It is anticipated that Trial Attorney

Seifert will enter an appearance in this action on behalf of the United States. Ms. Seifert is currently a Trial Attorney with the Narcotic and Dangerous Drug Section (NDDS), United States Department of Justice. NDDS is prosecuting this case jointly with the United States Attorney's Office, District of Nevada. Trial Attorney Seifert is specifically working with Assistant United States Attorney James Keller and Trial Attorney Brian Sardelli on the above-identified case.

Trial Attorney Seifert has been a licensed attorney since 2009. Trial Attorney Seifert is a member in good standing of the New York Bar. Since 2016, Trial Attorney Seifert has been an attorney employed by NDDS, and her office is located in Washington, D.C. Ms. Seifert has been with the United States Department of Justice since 2009, also working as an Assistant United States Attorney in the District of Columbia and as a Trial Attorney in the Civil Division. Prior to that, Ms. Seifert was a law clerk to the Honorable John Rogers, U.S. Court of Appeals for the Sixth Circuit, from 2008-09.

LR-IA-10-3 provides that, "[u]nless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment."

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

It is respectfully requested that an Order be issued permitting Trial Attorney Seifert to practice before this Court during the period of her employment by the United States as an attorney. It is anticipated that Ms. Seifert will enter an appearance in this action on behalf of the United States.

DATED: July 28, 2016

        Respectfully submitted,
        DANIEL G. BOGDEN
        United States Attorney

        /s/ James E. Keller
        JAMES E. KELLER
        Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: 9/05/2016

MOTION TO ADMIT - SEIFERT

3