DANIEL G. BOGDEN
United States Attorney
JAMES E. KELLER
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
James.Keller3@usdoj.gov

ARTHUR G. WYATT
Chief
KAREN P. SEIFERT
Trial Attorney
Narcotic & Dangerous Drug Section
U.S. Department of Justice
145 N Street, Northeast, East Wing, Second Floor
Washington, D.C. 20530
(202) 514-0917
Karen.Seifert@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00285-APG-PAL |
| Plaintiff, | MOTION TO ADMIT GOVERNMENT ATTORNEY (CHARLES MIRACLE) |
| v. | |
| CHARLES BURTON RITCHIE, <br>    a/k/a Burton Ritchie, <br> BENJAMIN GALECKI, <br>    a/k/a Zencense Ben, <br>    and <br> RYAN MATTHEW EATON, <br>    a/k/a Zencense Ryan, | |
| Defendants. | |

COMES NOW, the United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and ARTHUR G. WYATT, Chief, Narcotic and Dangerous Drug Section, Criminal Division, and pursuant to LR IA-11-3, and hereby

moves for the admission of Trial Attorney <u>Charles Miracle</u> to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, in the above identified case or any related cases. It is anticipated that Trial Attorney Miracle will enter an appearance in this action on behalf of the United States. Mr. Miracle is currently a Trial Attorney with the Narcotic and Dangerous Drug Section (NDDS), United States Department of Justice. NDDS is prosecuting this case jointly with the United States Attorney's Office, District of Nevada. Trial Attorney Miracle is specifically working with Assistant United States Attorney James Keller and Trial Attorney Karen Seifert on the above-identified case. Trial Attorney Miracle is substituting as counsel for Trial Attorney Brian Sardelli.

Trial Attorney Miracle has been a licensed attorney since 1997. Trial Attorney Miracle is a member in good standing of the Ohio Bar. Since 2013, Trial Attorney Miracle has been an attorney employed by NDDS, and his office is located in Washington, D.C. Mr. Miracle has been with the United States Department of Justice since 2007, also working as an Attorney Advisor in the Professional Responsibility Advisory Office. Mr. Miracle was an officer and Judge Advocate in the United States Marine Corps from 1997-2007.  Mr. Miracle was a law clerk to the Honorable Ralph Winkler, Hamilton County, Ohio, Court of Common Pleas from 1993-1997.

LR IA 11-3 provides that, "[u]nless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment."

It is respectfully requested that an Order be issued permitting Trial Attorney Miracle to practice before this Court during the period of his employment by the United States as an attorney. It is anticipated that Mr. Miracle will enter an appearance in this action on behalf of the United States.

DATED: January 9, 2017

> Respectfully submitted,
>
> DANIEL G. BOGDEN
> United States Attorney
>
> JAMES E. KELLER
> Assistant United States Attorney
>
> ARTHUR G. WYATT
> Chief, Narcotic and Dangerous Drug Section
>
> /s/ Karen P. Seifert
> KAREN P. SEIFERT
> Trial Attorney
>
>
> IT IS SO ORDERED:
>
> _____
> UNITED STATES DISTRICT JUDGE
>
> DATED: January 20, 2017