# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES BURTON RITCHIE,<br><br>　　　　　　　　　　Defendant. | Case No. 2:15-cr-00285-APG-PAL<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORTS OF FINDINGS AND RECOMMENDATION ON MOTION TO DISMISS AND MOTION TO SUPPRESS**<br><br>(ECF Nos. 92, 94, 95) |

　　　　On December 2, 2016, defendant Charles Burton Ritchie filed a Motion in Limine to the United States from introducing evidence regarding the death of Karl LaDue. ECF No. 92. Defendants Ryan Matthew Eaton and Benjamin Galecki filed joinders to the motion. ECF Nos. 94, 95. The United States has not opposed the motion. Under Local Criminal Rule 47-3, "[t]he failure of an opposing party to include points and authorities in response to any motion constitutes a consent to granting the motion." Thus, the Government consents to the granting of the motion in limine.

　　　　**IT IS HEREBY ORDERED** that defendant Ritchie's motion in limine and the joinders of the other defendants **(ECF Nos. 92, 94, 95) are GRANTED.** The Government is prohibited at trial from introducing evidence of the death of Karl LaDue.

　　　　Dated: April 4, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE