STEVEN W. MYHRE
Acting United States Attorney
JAMES E. KELLER
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
James.Keller3@usdoj.gov

ARTHUR G. WYATT
Chief
CHARLES MIRACLE
Trial Attorney
Narcotic & Dangerous Drug Section
U.S. Department of Justice
145 N Street, Northeast, East Wing, Second Floor
Washington, D.C. 20530
(202) 514-0917
Charles.Miracle@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00285-APG-PAL |
| v. | MOTION TO ADMIT GOVERNMENT ATTORNEY (COLE A. RADOVICH) |
| CHARLES BURTON RITCHIE, <br>    a/k/a Burton Ritchie, <br> BENJAMIN GALECKI, <br>    a/k/a Zencense Ben, <br>    and <br> RYAN MATTHEW EATON, <br>    a/k/a Zencense Ryan, <br><br>       Defendants. | **ORDER** |

COMES NOW, the United States of America, by and through its attorneys, STEVEN W. MYHRE, Acting United States Attorney for the District of Nevada, and ARTHUR G. WYATT, Chief, Narcotic and Dangerous Drug Section, Criminal Division, and pursuant to LR IA-11-3, and hereby

moves for the admission of Trial Attorney Cole A. Radovich to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, in the above identified case or any related cases. It is anticipated that Trial Attorney Radovich will enter an appearance in this action on behalf of the United States. Mr. Radovich is currently a Trial Attorney with the Narcotic and Dangerous Drug Section (NDDS), United States Department of Justice. NDDS is prosecuting this case jointly with the United States Attorney's Office, District of Nevada. Trial Attorney Radovich is specifically working with Assistant United States Attorney James Keller and Trial Attorney Charles Miracle on the above-identified case. Trial Attorney Radovich is substituting as counsel for Trial Attorney Karen P. Seifert.

Trial Attorney Radovich has been a licensed attorney since 2015. Trial Attorney Radovich is a member in good standing of the State Bar of Montana. Since 2015, Trial Attorney Radovich has been an attorney employed by NDDS, and his office is located in Washington, D.C.

LR IA 11-3 provides that, "[u]nless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment."

1   It is respectfully requested that an Order be issued permitting Trial Attorney Radovich to practice

2   before this Court during the period of his employment by the United States as an attorney. It is

3   anticipated that Mr. Radovich will enter an appearance in this action on behalf of the United States.

DATED: July 27, 2017

                                         Respectfully submitted,

                                         STEVEN W. MYHRE
                                         Acting United States Attorney

                                         JAMES E. KELLER
                                         Assistant United States Attorney

                                         ARTHUR G. WYATT
                                         Chief, Narcotic and Dangerous Drug Section

                                         /s/ Charles Miracle
                                         CHARLES MIRACLE
                                         Trial Attorney


                                         IT IS SO ORDERED:

                                         UNITED STATES DISTRICT JUDGE

                                         DATED: 7/31/2017