UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES BURTON RITCHIE,<br><br>    Defendant. | Case No. 2:15-cr-00285-APG-PAL<br><br>**ORDER EXTENDING DEADLINE FOR GOVERNMENT TO RESPOND TO RITCHIE'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>(ECF Nos. 116, 133) |

I previously granted defendant Ritchie two extensions of the deadline to file an objection to Magistrate Judge Leen's Report and Recommendation (ECF No. 116). Ritchie filed his objection (ECF No. 133) on September 18, 2017. To date, the Government has not filed a response to that objection. I will grant the Government an extension to submit its response.

IT IS HEREBY ORDERED that the Government shall file its response to Ritchie's objection to Magistrate Judge Leen's Report and Recommendation by March 8, 2018.

Dated: February 26, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE