DAYLE ELIESON
United States Attorney
JAMES E. KELLER (NVBN 10636)
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
james.keller3@usdoj.gov

ARTHUR G. WYATT
Chief
CHARLES A. MIRACLE (Ohio Bar No. 67814)
COLE A. RADOVICH (Montana Bar No. 36647955)
Trial Attorneys
Narcotic & Dangerous Drug Section
U.S. Department of Justice
145 N Street, Northeast, East Wing, Second Floor
Washington, DC 20530
(202) 616-0712
Charles.Miracle@usdoj.gov
Cole.Radovich2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>CHARLES BURTON RITCHIE,<br>    a/k/a Burton Ritchie,<br>BENJAMIN GALECKI,<br>    a/k/a Zencense Ben, and<br>RYAN MATTHEW EATON,<br>    a/k/a Zencense Ryan,<br><br>             Defendants. | Case No. 2:15-cr-00285-APG-PAL<br><br>STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES [ECF 150]; and<br> **ORDER**<br><br>(Fifth Request) |

The United States of America, by and through its attorneys, Dayle Elieson, United States Attorney for the District of Nevada, James E. Keller, Assistant United States Attorney, and

Charles A. Miracle and Cole A. Radovich, Trial Attorneys, United States Department of Justice Narcotic & Dangerous Drug Section, Defendant Charles Burton Ritchie, by and through his attorney, John Lloyd Snook III, Defendant Benjamin Galecki, by and through his attorneys, David Z. Chesnoff and Richard A. Schonfeld, and Defendant Ryan Matthew Eaton, by and through his attorney, Shawn R. Perez, hereby stipulate and agree as follows:

1. As to the motions filed on or before February 23, 2018, for which responses have not been filed to date, and to the extent the initial so-ordered stipulation as to motion schedule [ECF 150] in this case may apply to such motions notwithstanding the subsequent stipulation to continue trial and motion deadlines [ECF 174], the parties may have until April 16, 2018, to file any responsive pleadings. For all replies, including to those responses which have already been filed, the parties may have until April 30, 2018, to file replies, if any.

Counsel for the government, James Keller, has been engaged in trial (after preparing for the same) in *United States of America v. Connor Timothy Woods, et al.*, 3:17-cr-00008-HDM-WGC, on March 15, 2018, and trial is expected to last one week. Government's counsel emailed Defendants and was advised that they do not object to this request for an extension. Counsel for defendant Galecki expects to begin a trial on March 26, 2018, which will last approximately two weeks. This is the fifth extension request, and one in good faith and not for the purpose of delay.

DATED: March 19, 2018.

DAYLE ELIESON  
United States Attorney

s/ *James E. Keller*  
JAMES E. KELLER  
Attorneys for Plaintiff  
United States of America

ARTHUR G. WYATT  
Chief

s/ *Cole A. Radovich*  
COLE A. RADOVICH, Trial Attorney  
Attorneys for Plaintiff  
United States of America

///

///

| | | |
|---|---|---|
| 1 | SNOOT & HAUGHEY, P.C. | CHESNOFF & SCHONFELD |
| 2 | s/ *John Lloyd Snook III* | s/ *Richard A. Schonfeld* |
| 3 | JOHN LLOYD SNOOK III<br>Attorneys for Defendant | RICHARD A. SCHONFELD<br>Attorneys for Defendant |
|   | Charles Burton Ritchie | Benjamin Galecki |
| 4 | | |
| 5 | s/ *Shawn R. Perez*<br>SHAWN R. PEREZ | |
|   | Attorney for Defendant | |
| 6 | Ryan Matthew Eaton | |

# **ORDER**

IT IS HEREBY ORDERED that, as to the motions filed on or before February 23, 2018, for which the initial so-ordered stipulation as to motion schedule [ECF 150] applies, the parties herein shall have up to and including April 16, 2018, to file any responsive pleadings.

IT IS FURTHER ORDERED that the parties herein shall have up to and including April 30, 2018, to file any replies, including to those responses which have already been filed.

IT IS FURTHER ORDERED that the calendar call scheduled for October 23, 2018, at 8:45 a.m. in this matter will commence on the scheduled date and time and is not impacted by this Stipulation.

IT IS FURTHER ORDERED that the trial in this matter currently scheduled for October 29, 2018, at 9:00 a.m., will commence on the scheduled date and time and is not impacted by this Stipulation.

IT IS SO ORDERED.

Dated: March 20, 2018.

HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE