DAYLE ELIESON
United States Attorney
JAMES E. KELLER (NVBN 10636)
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
james.keller3@usdoj.gov

ARTHUR G. WYATT
Chief
CHARLES A. MIRACLE (Ohio Bar No. 67814)
COLE A. RADOVICH (Montana Bar No. 36647955)
Trial Attorneys
Narcotic & Dangerous Drug Section
U.S. Department of Justice
145 N Street, Northeast, East Wing, Second Floor
Washington, DC 20530
(202) 616-0712
Charles.Miracle@usdoj.gov
Cole.Radovich2@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BURTON RITCHIE,<br>    a/k/a Burton Ritchie,<br>BENJAMIN GALECKI,<br>    a/k/a Zencense Ben, and<br>RYAN MATTHEW EATON,<br>    a/k/a Zencense Ryan,<br><br>Defendants. | Case No. 2:15-cr-00285-KJD-PAL<br><br>STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES AS TO DEFENDANT GALECKI'S OMNIBUS MOTION TO DISMISS [ECF 171] AND OUTSTANDING REPLIES; and [PROPOSED] ORDER<br><br>(Sixth Request) |

The United States of America, by and through its attorneys, James E. Keller, Assistant

United States Attorney, and Charles A. Miracle and Cole A. Radovich, Trial Attorneys, Defendant

Charles Burton Ritchie, by and through his attorney, John Lloyd Snook III, Defendant Benjamin

1

Galecki, by and through his attorneys, David Z. Chesnoff and Richard A. Schonfeld, and Defendant Ryan Matthew Eaton, by and through his attorney, Shawn R. Perez, hereby stipulate and agree as follows.

In light of existing scheduling conflicts for counsel for the government from April 12, 2018 to April 19, 2018, and to provide the parties with additional time to prepare and file replies to outstanding motions:

As to defendant Galecki's omnibus motion to dismiss [ECF 171], the government shall have up to and including April 27, 2018, to file its response; and

As to any motions filed in February 2018, for which replies are outstanding, the parties shall have up to and including May 15, 2018, to file any such replies.

This is the sixth extension request, and one in good faith and not for the purpose of delay, and agreed to by all the parties, including the defendants themselves and the government.

DATED: April __, 2018.

| | |
|---|---|
| DAYLE ELIESON<br>United States Attorney | ARTHUR G. WYATT<br>Chief |
| *s/ James E. Keller*_____<br>JAMES E. KELLER<br>Attorneys for Plaintiff<br>United States of America | *s/ Cole A. Radovich*_____<br>COLE A. RADOVICH, Trial Attorney<br>Attorneys for Plaintiff<br>United States of America |
| SNOOT & HAUGHEY, P.C. | CHESNOFF & SCHONFELD |
| *s/ John Lloyd Snook III*_____<br>JOHN LLOYD SNOOK III<br>Attorneys for Defendant<br>Charles Burton Ritchie | *s/ Richard A. Schonfeld*_____<br>RICHARD A. SCHONFELD<br>Attorneys for Defendant<br>Benjamin Galecki |
| *s/ Shawn R. Perez*_____<br>SHAWN R. PEREZ<br>Attorney for Defendant<br>Ryan Matthew Eaton | |

**<u>ORDER</u>**

Based upon the foregoing stipulation by the parties, and good cause appearing,

IT IS HEREBY ORDERED that, as to the omnibus motion to dismiss [ECF 171], the government shall have up to and including April 27, 2018, to file any responsive pleading.

IT IS FURTHER ORDERED that, as to any motions filed in February 2018 with replies outstanding, the parties herein shall have up to and including May 15, 2018, to file any such replies.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that no further extensions will be allowed.

Dated: April 16, 2018

_____
Peggy A. Leen
United States Magistrate Judge