# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BURTON RITCHIE, et al.,<br><br>Defendants. | Case No. 2:15-cr-00285-APG-PAL<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT OF FINDINGS AND RECOMMENDATION ON MOTION TO DISMISS FOR DOUBLE JEOPARDY**<br><br>(ECF Nos. 111, 116, 117) |

On April 11, 2017, defendant Charles Burton Ritchie filed a motion to dismiss (ECF No. 111). On July 12, 2017, Magistrate Judge Leen entered her Report of Findings and Recommendation (ECF No. 116) recommending that the motion be denied. Ritchie did not timely object to the Report, so the Government moved to adopt the Report. ECF No. 117. I granted Ritchie two extensions of the deadline to file his objection, which was finally filed on September 18, 2017. ECF No. 133. I granted the Government an extension to file its response to that objection, which was finally filed on March 7, 2018. ECF No. 183. As required by Local Rule IB 3-2, I have conducted a de novo review of the motion, the Report of Findings and Recommendation, and the related papers. Judge Leen's Report of Findings and Recommendation sets forth the proper legal analysis and factual basis for the decision. I accept and adopt it.

IT IS HEREBY ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation **(ECF No. 116) is accepted** and approved in its entirety. The Government's motion to adopt that Report **(ECF No. 117) is GRANTED**, but not because no objection was filed. Defendant Ritchie's objection to the Report **(ECF No. 133) is overruled**, and his motion to dismiss **(ECF No. 111) is denied.**

Dated: May 3, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE