DAVID Z. CHESNOFF, ESQ.
Nevada Bar #2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 984-5563
Fax: [702] 598-1425
dzchesnoffA@cslawoffice.net
rschonfeld@cslawoffice.net

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:15-cr-285-APG-PAL |
| CHARLES BURTON RITCHIE, and | ) STIPULATION TO CONTINUE |
| BENJAMIN GALECKI, | ) STATUS CONFERENCE HEARING |
| a/k/a ZENCENSE BEN | ) [PROPOSED ORDER] |
| RYAN MATTHEW EATON, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED and AGREED** by and between James E. Keller, Assistant United States Attorney, Charles Anthony Miracle, U.S. Department of Justice, Cole Arnold Radovich, U.S. Department of Justice, David Z Chesnoff, Esq., and Richard A. Schonfeld, attorney for Defendant, Benjamin Galecki, John Lloyd Snook, III, Esq., attorney for Defendant, Charles Burton Ritchie, and Shawn R. Perez, Esq., attorney for Defendant, Ryan Matthew Eaton, that the Status Conference hearing currently scheduled for May 17, 2018 at the hour of 11:00 a.m. be **VACATED** and **RESET** to July 17, 2018 at 11:00 a.m. or a time thereafter convenient to the Court.

This Stipulation is entered into for the following reasons:

1. That counsel for Defendant, Benjamin Galecki has a scheduling conflict;

2. That the United States Court of Appeal for the Fourth Circuit, argument related to Defendant Benjamin Galecki and Burton Ritchie's Virginia convictions took place last week. The parties believe it is helpful to know the result of that appeal prior to the status conference.

3. That counsel for Defendant, Benjamin Galecki has been in communication with Assistant United States Attorney Charles Miracle and there is no objection to the continuance as outlined above;

4. That the Defendants are in custody and do not object to the continuance;

5. That the US Marshall's shall not transport Defendants, Benjamin Galecki and Burton Ritchie from Talladega, Alabama to this hearing;

6. Additionally, denial of this request for a continuance would result in a miscarriage of justice;

7. For the above-stated reasons, the ends of justice would best be served by a continuance of said hearing;

/ / /

/ / /

/ / /

8. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv);

**DATED** this ___ day of May, 2018.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ | /s/ |
| **JAMES E. KELLER, AUSA**<br>100 West Liberty<br>Reno, Nevada 89501<br>Attorney for Plaintiff | **DAVID Z. CHESNOFF, ESQ.**<br>Nevada Bar No. 2292<br>**RICHARD A. SCHONFELD, ESQ.**<br>Nevada Bar No. 6815<br>520 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant,<br>Benjamin Galecki |
| /s/ | |
| **COLE RADOVICH** / Trial Attorney<br>Narcotic and Dangerous Drug Section<br>Criminal Division / U.S. Department of Justice<br>145 N Street NE / Second Floor, East Wing<br>Washington D.C. 20530 | |
| /s/ | /s/ |
| **JOHN LLOYD SNOOK, III**<br>Snoot & Haughey, P.C.<br>408 East Market Street, Suite 107<br>Charlottesville, Virginia 22902<br>Attorney for Defendant, Charles Burton Ritchie | **SHAWN R. PEREZ, ESQ.**<br>Law Office of Shawn R. Perez<br>626 Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant, Ryan Eaton |

# ORDER

**IT IS HEREBY ORDERED** that the Status Conference hearing of the within matter currently scheduled for May 17, 2018 at the hour of 11:00 a.m. shall be **VACATED** and **RESET** to  August 7 , 2018 at the hour of  10:00 a.m. in Courtroom 6C.

**IT IS ORDERED** that the US Marshall's shall not transport the Defendants, Benjamin Galecki and Burton Ritchie from Talladega, Alabama to this hearing.

**IT IS FURTHER ORDERED** that the additional period of time granted pursuant to this Order is determined to be excludable and excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D), and 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED this 14th day of May, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

/s/
_____
**RICHARD A. SCHONFELD, ESQ.**

4