UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>CHARLES BURTON RITCHIE, BENJAMIN GALECKI, and RYAN MATTHEW EATON,<br><br>　　Defendants | Case No.: 2:15-cr-00285-APG-PAL<br><br>**Order Granting Joinders to Notice of Expert Testimony**<br><br>**[ECF Nos. 233, 235, 236]** |

　　IT IS ORDERED that the defendants' joinders to notices of expert testimony (**ECF Nos. 233, 235, and 236) are GRANTED**.

　　DATED this 13th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE