UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHARLES BURTON RITCHIE,<br>BENJAMIN GALECKI, RYAN MATTHEW EATON,<br><br>Defendants | Case No.: 2:15-cr-0285-APG-PAL<br><br>**Order Setting Telephonic Hearing to Schedule Trial**<br><br>[ECF No. 237] |

I previously vacated the December 31, 2018 Calendar Call and January 7, 2019 trial setting. ECF No. 241. I ordered the parties to confer with their respective witnesses and each other about their availability for trial in the first quarter of 2019.

I will conduct a telephonic hearing to schedule the trial in this matter on Monday, January 7, 2019 at 10:00 a.m. The lawyers shall appear telephonically by calling the court's conference line at 877-336-1831 at least five minutes prior to the hearing. The conference code is 6948860. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS FURTHER ORDERED that the United States Bureau of Prisons and/or the United States Marshal Service shall **not** transport any of the defendants to this District for the telephonic hearing.

Dated: December 19, 2018.

_____
ANDREW P. GORDON,
UNITED STATES DISTRICT JUDGE