DAYLE ELIESON
United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES BURTON RITCHIE and BENJAMIN GALECKI, <br><br> Defendants. | 2:15-CR-285-APG-PAL <br><br> **Government's Unopposed Motion To Extend the Time to Respond to Motion for Release of Funds for Purposes of Paying Civil Settlement (ECF No. 249)** <br><br> **(First Request)** |

The United States of America respectfully moves this Court for an Order extending the time for the government to respond to defendants' Motion for Release of Funds for Purposes of Paying Civil Settlement (ECF No. 249). The deadline for responding to the Motion is January 3, 2019. The government requests an extension of time to and including January 17, 2019.

The grounds for extending the time are as follows.

The undersigned counsel contacted Richard Schonfeld, counsel for defendants, by phone and email who agreed to this extension of time. The undersigned has a large and active case load and is out of the office until January 3, 2019.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

/ / /

/ / /

This Court should grant an extension of time to, and including, January 17, 2019, for the United States to respond to defendants' motion (ECF No. 249).

DATED: December 26, 2019.

DAYLE ELIESON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: December 27, 2018

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on December 26, 2019.

                                                      */s/ Heidi L. Skillin*
                                                    HEIDI L. SKILLIN
                                                    Asset Forfeiture Paralegal