DAYLE ELIESON
United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES BURTON RITCHIE and BENJAMIN GALECKI, <br><br> Defendants. | 2:15-CR-285-APG-PAL <br><br> **Government's Unopposed Motion To Extend the Time to Respond to Motion for Release of Funds for Purposes of Paying Civil Settlement (ECF No. 249)** <br><br> **(Second Request)** |

The United States of America respectfully moves this Court for an Order extending the time for the government to respond to defendants' Motion for Release of Funds for Purposes of Paying Civil Settlement (ECF No. 249). The original deadline for responding to the Motion was January 3, 2019. In the first request, the government requested an extension of time to and including January 17, 2019, that this Court granted (ECF Nos. 250, 251). The government requests a second extension of time to and including February 15, 2019.

The grounds for extending the time are as follows.

On January 10, 2019, the undersigned counsel contacted Richard Schonfeld, counsel for defendants by phone who agreed to this extension of time because of the reasons cited below.

The undersigned has a large and active case load. Due to the current government shutdown, undersigned was furloughed and work accumulated that must be addressed immediately in other criminal cases.

The asset forfeiture unit in the District of Nevada is understaffed, and forfeiture work in the USAO has backed up significantly. The undersigned is doing the best he can under the circumstances.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, February 15, 2019, for the United States to respond to defendants' motion (ECF No. 249).

DATED: January 10, 2019.

DAYLE ELIESON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: January 11, 2019.