NICHOLAS A. TRUTANICH
United States Attorney
JAMES E. KELLER
Assistant United States Attorney
400 So. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
James.Keller3@usdoj.gov

ARTHUR G. WYATT
Chief
COLE A. RADOVICH (Montana Bar No. 36647955)
Trial Attorney
Narcotic & Dangerous Drug Section
U.S. Department of Justice
145 N Street, Northeast, East Wing, Second Floor
Washington, D.C. 20530
(202) 514-0917
Cole.Radovich2@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00285-KJD-PAL |
| v. | MOTION TO ADMIT GOVERNMENT ATTORNEY (JASON RUIZ) |
| CHARLES BURTON RITCHIE,<br>   a/k/a Burton Ritchie,<br>BENJAMIN GALECKI,<br>   a/k/a Zencense Ben,<br>   and<br>RYAN MATTHEW EATON,<br>   a/k/a Zencense Ryan,<br><br>        Defendants. | **ORDER** |

COMES NOW, the United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney for the District of Nevada, and ARTHUR G. WYATT, Chief, Narcotic and Dangerous Drug Section, Criminal Division, and pursuant to LR IA-11-3, and hereby

moves for the admission of Trial Attorney Jason Ruiz to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, in the above identified case or any related cases. It is anticipated that Trial Attorney Ruiz will enter an appearance in this action on behalf of the United States. Mr. Ruiz is currently a Trial Attorney with the Narcotic and Dangerous Drug Section (NDDS), United States Department of Justice. NDDS is prosecuting this case jointly with the United States Attorney's Office, District of Nevada. Trial Attorney Ruiz is specifically working with Assistant United States Attorney James Keller and Trial Attorney Cole Radovich on the above-identified case. Trial Attorney Ruiz is substituting as counsel for Trial Attorney Charlie Miracle.

Trial Attorney Ruiz has been a licensed attorney since 2012. Trial Attorney Ruiz is a member in good standing of the State Bar of New York. Since 2016, Trial Attorney Ruiz has been an attorney employed by NDDS, and his office is located in Washington, D.C.

LR IA 11-3 provides that, "[u]nless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment."

It is respectfully requested that an Order be issued permitting Trial Attorney Ruiz to practice before this Court during the period of his employment by the United States as an attorney. It is anticipated that Mr. Ruiz will enter an appearance in this action on behalf of the United States.

DATED: March 20, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

ARTHUR G. WYATT
Chief, Narcotic and Dangerous Drug Section

　/s/ James E. Keller
JAMES E. KELLER
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2019.