**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-5563
Fax: (702) 598-1425
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:15-cr-285-APG-PAL<br>) |
| CHARLES BURTON RITCHIE, and<br>BENJAMIN GALECKI,<br>a/k/a ZENCENSE BEN<br>RYAN MATTHEW EATON, | ) ORDER<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**IT IS HEREBY ORDERED** that the Waivers filed by Defendants Benjamin Galecki and Charles Burton Ritchie are accepted by the Court. Defendants Galecki and Ritchie are not required to be at the Calendar Call of June 11, 2019, but are required to appear for trial on June 17, 2019. Counsel is permitted to provide a copy of this Order to the United States Marshals.

**DATED** this 25th day of April, 2019.

**HONORABLE JUDGE PRESIDING**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**