# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:15-cr-00285-APG-GWF |
| Plaintiff | **Order Granting Joinders** |
| v. | |
| CHARLES BURTON RITCHIE, et al., | |
| Defendants | |

IT IS ORDERED that the following motions to join in other motions **are GRANTED:** **ECF Nos. 274, 275, 276, 293, 294, 322, 323, 324, 331, 333, 334, 335, 336, 337, 338.**

DATED this 14th day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE