DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-5563
Fax: (702) 598-1425
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

FILED \_\_\_\_\_ RECEIVED
\_\_\_\_\_ ENTERED \_\_\_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES BURTON RITCHIE, and
BENJAMIN GALECKI,
a/k/a ZENCENSE BEN
RYAN MATTHEW EATON,

Defendants.

CASE NO: 2:15-cr-285-APG-PAL

## ORDER FOR PRODUCTION OF STATE PRISONER PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3621(d)

This Court hereby Orders the United States Marshal or any other authorized officer, to produce one **ARTHUR LEROY BERRIER (Inmate #1904200)**, now confined at **Fairfax County Adult Detention Center, in the State of Virginia,** in the custody of the warden or the person there in charge, before the **United States District Court, at Las Vegas, Nevada on June 17, 2019 at 9:00 a.m. in Courtroom 6C before Judge Andrew Gordon,** for **TESTIMONY**, or at any time thereafter as a Federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case of:

*United States of America v. Ritchie et al.* - Case No. 2:15-CR-00285-APG-GWF

///

///

1

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by a Federal Judge or Magistrate.

**IT IS SO ORDERED.**

Dated this 21st day of May, 2019

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ Richard A. Schonfeld
DAVID Z. CHESNOFF, ESQ.
Nevada Bar #2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant, *Benjamin Galecki*