UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA )
)
          Plaintiff, )
v. ) CASE NO: 2:15-cr-285-APG-GWF
)
CHARLES BURTON RITCHIE, and )
BENJAMIN GALECKI, )
a/k/a ZENCENSE BEN )
RYAN MATTHEW EATON, )
)
          Defendants. )
_____ )

## ORDER

Based upon the defendants' requests at the May 29, 2019 hearing, and with no objection by the government, I hereby order as follows:

In order to facilitate joint defense purposes, the defendants shall be permitted to jointly and simultaneously visit with all counsel for the defendants, including for contact and video visits, while in custody in Pahrump, the Henderson detention facility, or any other facility before and during trial.

Barring any security concerns of the United States Marshal, defendants Galecki and Ritchie, when transported from Pahrump to Henderson, shall be permitted to keep their books and papers with them, including during transport to and from court and where they are being housed.

////

////

////

1

Barring any security concerns of the United States Marshal, defendants Galecki and Ritchie shall be permitted to be housed in the same section or pod while in custody in Pahrump, the Henderson detention facility, or any other facility before and during trial.

Dated this 30th day of May, 2019.

_____
HONORABLE ANDREW GORDON
UNITED STATES DISTRICT COURT JUDGE