# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-0285-APG-PAL |
|---|---|
| Plaintiff | **Order Regarding Dr. Dudley's Trial Testimony** |
| v. | |
| CHARLES BURTON RITCHIE, BENJAMIN GALECKI, RYAN MATTHEW EATON, | |
| Defendants | |

I have been informed that the defendants' expert, Dr. Dudley, is available to testify on June 26, 2019 but needs a guarantee his testimony would be completed that day. I am willing to allow Dr. Dudley to be called out of order if needed for him to testify on that date. The parties are hereby ordered to confer about scheduling Dr. Dudley's testimony. If the parties agree on a date, they should file a stipulation to that effect. If they cannot agree, they are to file a status report on why an agreement was not reached. The stipulation or report is due by June 6, 2019.

Dated: May 30, 2019.

ANDREW P. GORDON,
UNITED STATES DISTRICT JUDGE