UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>CHARLES BURTON RITCHIE, et al.,<br><br>Defendants | Case No.: 2:15-cr-00285-APG-GWF<br><br>**Order For No Shackling** |

IT IS ORDERED that the defendants shall not be shackled during trial.

DATED this 13th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE