# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES BURTON RITCHIE, et al.,<br><br>        Defendant. | 2:15-cr-0285-APG-GWF<br><br>DATE: June 17, 2019<br><br>Courtroom 6C |

THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen    COURT REPORTER: Heather Newman

COUNSEL FOR PLAINTIFF: James Keller, Cole Radovich, Jason Ruiz and Case Agent Matt Schaeffer

COUNSEL FOR DEFENDANT: John Snook, Richard Schonfeld, Robert DeMarco, Shawn Perez and John Rupe, paralegal

MINUTES OF PROCEEDINGS: Jury Trial (Day 1)

Defendants Ritchie and Galecki are present in custody. Defendant Eaton is present at liberty.

9:10 a.m. The Court makes preliminary remarks and confirms that the defendants have waived their right to be present at sidebar. Discussion is held regarding the statement of the case.

9:15 a.m. The Court goes off the record to await the prospective jurors.

9:21 a.m. Sixty-two prospective jurors enter. The Court addresses the prospective jurors and the oath is administered. The initial thirty-two jurors are identified and voir dire commences.

10:30 a.m. The prospective jurors are excused for a morning break.

**OUTSIDE THE PRESENCE OF THE JURY**: A discussion is held regarding follow-up voir dire.

The Court recessed from 10:36 a.m. – 10:48 a.m.

**OUTSIDE THE PRESENCE OF THE JURY:** Individual voir dire is conducted. The panel is passed for cause.

12:25 p.m. The prospective jurors are excused for lunch.

The Court recessed from 12:25 p.m. until 1:33 p.m.

**OUTSIDE THE PRESENCE OF THE JURY:** Discussion is held regarding prospective jurors and the peremptory challenge process.

1:37 p.m. The Court goes off record to await the prospective jurors.

1:43 p.m. The prospective jurors enter and voir dire continues.

2:44 p.m. The prospective jurors are excused from the courtroom.

The Court goes off record and peremptory challenges are made.

**OUTSIDE THE PRESENCE OF THE JURY:** Mr. Schonfeld makes a Batson Challenge and arguments are heard. The Batson Challenge is denied. The parties conclude their peremptory challenges. Mr. Schonfeld invokes the exclusionary rule.

3:36 p.m. Fourteen jurors are identified and seated. The remaining jurors are thanked and excused. The jury is sworn and the Court gives preliminary instructions.

3:46 p.m. The jury is admonished and excused for the evening.

**OUTSIDE THE PRESENCE OF THE JURY**: Scheduling is discussed.

The Court recessed from 3:48 p.m. – 4:10 p.m.

**OUTSIDE THE PRESENCE OF THE JURY**: The Court hears arguments of counsel regarding Defendant's Motion to Suppress [392] and Motion in Limine [396]. As stated on the record, Defendant's Motion to Suppress [392] is DENIED. Defendant's Motion in Limine [396] is taken under advisement.

**IT IS ORDERED** that Jury Trial in this matter shall continue <u>Tuesday, June 18, 2019 at 8:30 a.m.</u> in courtroom 6C before the Honorable Andrew P. Gordon.

5:05 p.m. Court adjourned.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Melissa Johansen, Deputy Clerk