DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-5563
Fax: (702) 598-1425
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES BURTON RITCHIE, and ) <br> BENJAMIN GALECKI, ) <br> a/k/a ZENCENSE BEN ) <br> RYAN MATTHEW EATON, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO: 2:15-cr-285-APG-GWF |

## **ORDER FOR THE DRUG ENFORCEMENT ADMINISTRATION TO PRODUCE EMPLOYEE FILE OF CLAUDE COSEY**

Having come before the above court on June 21, 2019, on the oral motion of counsel Richard A. Schonfeld, Esq., on behalf of Defendant Benjamin Galecki, and with good cause appearing, the Court finds that on June 20, 2019, the DEA Associate Chief Counsel issued a letter stating that they reviewed the file for *Giglio* material related to former DEA employee, Claude Cosey. The DEA then produced certain documents to the Defendant, however, those documents only related to alleged impeachment materials. As stated above, on June 21, 2019,

1

Defendant moved for production of additional documents for rehabilitation purposes and the remainder of the file, as Mr. Cosey is anticipated to testify as a defense witness on June 26, 2019.

In light of the foregoing, the COURT HEREBY ORDERS:

That the Drug Enforcement Administration ("DEA"), shall produce to undersigned counsel forthwith, copies of all performance evaluations, performance records, commendations, letters of recognition or support, awards, certifications, documentation of promotions, and documentation of resignation related to former DEA employee, Claude Cosey.

**IT IS SO ORDERED.**

Dated this 24 day of June, 2019

_____
HONORABLE ANDREW GORDON
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

/s/_____
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-5563
Fax: (702) 598-1425
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant Benjamin Galecki