|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00285-APG-GWF |
| Plaintiff | **Order** |
| v. | |
| CHARLES BURTON RITCHIE, et al., | |
| Defendants | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IT IS ORDERED that Dr. Berrier shall be permitted to wear street clothes (non-prison garb) while testifying in this matter.

DATED this 25th day of June, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE