# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-0285-APG-GWF |
| Plaintiff, | |
| vs. | DATE: June 24, 2019 |
| CHARLES BURTON RITCHIE, et al., | Courtroom 6C |
| Defendant. | |

**THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE**

**DEPUTY CLERK: Melissa Johansen**   **COURT REPORTER: Heather Newman**

**COUNSEL FOR PLAINTIFF: James Keller, Cole Radovich, Jason Ruiz and Case Agent Matt Schaeffer**

**COUNSEL FOR DEFENDANT: John Snook, Richard Schonfeld, Robert DeMarco and Shawn Perez**

MINUTES OF PROCEEDINGS: **Jury Trial (Day 6)**

Court convenes at 8:53 a.m.

Defendants Ritchie and Galecki are present in custody. Defendant Eaton is present at liberty.

**OUTSIDE THE PRESENCE OF THE JURY**: The Court hears arguments of counsel regarding Defendants' Oral Motion for Mistrial and Motion in Limine to Strike Government's "Rebuttal Expert" Dan Willenbring ECF. No. [410]. As stated on the record, the Motion for Mistrial and the Motion in Limine are DENIED.

Arguments are heard regarding the Government's Proposed Exhibits #83 and #84, and the Government's request for video conference of their witness Pierce Collins. These matters are taken under advisement.

The Court recessed from 9:47 a.m. – 9:57 a.m.

9:59 a.m. The Jury enters.

Mr. Radovich calls **JEFFREY BORNGASSER** to the stand. The witness is sworn and direct examination commences**.** Government's **Exhibit #68d** is marked and admitted. Mr. Schonfeld commences cross examination. Mr. Radovich conducts redirect examination. The witness is excused.

Mr. Radovich calls **GREGORY ENDRES** to the stand. The witness is sworn and direct examination commences. Government's **Exhibit #74 is marked and admitted.** Mr. Snook commences cross examination. Mr. Radovich conducts re-direct examination. The witness is excused.

The jury is excused for lunch at 12:13 p.m.

**OUTSIDE THE PRESENCE OF THE JURY**: Trial matters are discussed. Government's **Exhibits #83 and #84** are marked and admitted.

The Court recessed from 12:25 p.m. – 1:43 p.m.

**OUTSIDE THE PRESENCE OF THE JURY**: As stated on the record, the Government's request to allow video testimony of Pierce Collins is denied.

1:52 p.m. The jury enters.

Mr. Keller calls **JORDAN TRECKI** to the stand. The witness is sworn and direct examination commences. Government's **Exhibit #76** is marked and admitted for **demonstrative purposes only**.

The jury is excused for break at 2:36 p.m.

Court recessed from 2:36 p.m. – 2:56 p.m.

2:56 p.m. The jury enters.

Mr. Keller resumes the direct examination of **JORDAN TRECKI**. Mr. Snook commences cross examination. Defendants' Exhibit **#530** is marked and admitted. Mr. Schonfeld commences cross examination. Mr. Keller conducts re-direct examination. Governments' **Exhibit #85** is marked and admitted. The witness is excused.

Mr. Radovich calls **VICTOR NOTTOLI** to the stand. The witness is sworn and direct examination commences. Mr. Schonfeld commences cross examination. The witness is excused.

4:35 p.m. The jury is admonished and excused for the evening.

**IT IS ORDERED** that Jury Trial in this matter shall continue **Tuesday, June 25, 2019 at 8:30 a.m.** in courtroom 6C before the Honorable Andrew P. Gordon.

4:36 p.m. Court adjourned.

    DEBRA K. KEMPI, CLERK
    U.S. DISTRICT COURT

    BY:    /S/
    Melissa Johansen, Deputy Clerk