DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) CASE NO: 2:15-cr-285-APG-GWF
)
CHARLES BURTON RITCHIE, )
BENJAMIN GALECKI, )
RYAN MATTHEW EATON, )
)
Defendants. )
_____ )

## STIPULATION AND ORDER REGARDING DEFENSE WITNESSES ADAM LIBBY AND TIMOTHY DANDAR

**IT IS HEREBY STIPULATED and AGREED** by and between James E. Keller, Assistant United States Attorney, Cole Arnold Radovich and Jason Ruiz, U.S. Department of Justice, and David Z. Chesnoff and Richard A. Schonfeld, attorneys for Defendant, Benjamin Galecki and John Lloyd Snook, III, attorney for Defendant, Charles Burton Ritchie, and Shawn R. Perez, attorney for Defendant, Ryan Matthew Eaton, that:

///

1. Adam Libby and Timothy Dandar have been named as witnesses for the Defendants and have been served with Subpoenas. Both witnesses reside out of the State of Nevada.
2. If called to testify at trial, Adam Libby would invoke his rights under the Fifth Amendment as to all questions.
3. If called to testify at trial, Timothy Dandar would invoke his rights under the Fifth Amendment as to all questions.

///

///

///

2

4. The Parties therefore stipulate that rather than calling Timothy Dandar and Adam Libby outside of the presence of the jury to have them invoke their rights under the Fifth Amendment, that this Stipulation and Order will serve as though said witnesses appeared at the trial in this matter, and on the record, but outside the presence of the jury, invoked their rights under the Fifth Amendment as to all questions.

**IT IS SO STIPULATED.**

DATED this 27th day of June, 2019.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ | /s/ |
| **JAMES E. KELLER, AUSA** <br> 100 West Liberty <br> Reno, Nevada 89501 <br> Attorney for Plaintiff | **DAVID Z. CHESNOFF, ESQ.** <br> Nevada Bar No. 2292 <br> **RICHARD A. SCHONFELD, ESQ.** <br> Nevada Bar No. 6815 <br> 520 South Fourth Street <br> Las Vegas, Nevada 89101 <br> Attorneys for Defendant, <br> Benjamin Galecki |
| /s/ | |
| **COLE RADOVICH**, Trial Attorney <br> **JASON RUIZ**, Trial Attorney <br> Narcotic and Dangerous Drug Section <br> Criminal Division / U.S. Department of Justice <br> 145 N Street NE / Second Floor, East Wing <br> Washington D.C. 20530 | |

/s/
**JOHN LLOYD SNOOK, III**
Snook & Haughey, P.C.
408 East Market Street, Suite 107
Charlottesville, Virginia 22902
Attorney for Defendant, Charles Burton Ritchie

/s/
**SHAWN R. PEREZ, ESQ.**
7121 W. Craig Rd., #113-38
Las Vegas, Nevada 89129
Attorney for Defendant, Ryan Matthew Eaton

3

## ORDER

Based upon the above Stipulation of counsel, and with good cause appearing, the Court finds that:

1. Adam Libby and Timothy Dandar have been named as witnesses for the Defendants and have been served with Subpoenas. Both witnesses reside out of the State of Nevada.

2. If called to testify at trial, Adam Libby would invoke his rights under the Fifth Amendment as to all questions.

3. If called to testify at trial, Timothy Dandar would invoke his rights under the Fifth Amendment as to all questions.

4. The Parties therefore stipulate that rather than calling Timothy Dandar and Adam Libby outside of the presence of the jury to have them invoke their rights under the Fifth Amendment, that this Stipulation and Order will serve as though said witnesses appeared at the trial in this matter, and on the record, but outside the presence of the jury, invoked their rights under the Fifth Amendment as to all questions.

**IT IS SO ORDERED.**

Dated: June 27, 2019.

_____
**HONORABLE ANDREW GORDON**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted by:
___/s/_____
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
Attorney for Defendant Benjamin Galecki