# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES BURTON RITCHIE,
BENJAMIN GALECKI,
RYAN MATTHEW EATON,

Defendants.

Case No.: 2:15-CR-0285-APG-GWF

**ORDER DISMISSING LOCAL COUNSEL FOR DEFENDANT RITCHIE**

Daniel J. Albregts has been local counsel for John Lloyd Snook, III, representing defendant Charles Burton Ritchie. Later this week, Mr. Albregts will be sworn in as a United States Magistrate Judge for this federal district. He therefore can no longer serve as Mr. Snook's local counsel.

IT IS THEREFORE ORDERED that Daniel J. Albregts is dismissed as local counsel for defendant Charles Burton Ritchie and relieved of all further obligations in this matter. Mr. Snook shall designate new local counsel by August 16, 2019.

DATED this 29th day of July, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE