**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rschonfeld@cslawoffice.net

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO: 2:15-cr-285-APG-EJY |
| CHARLES BURTON RITCHIE, and ) | STIPULATION TO CONTINUE |
| BENJAMIN GALECKI, ) | SENTENCING AND |
| ) | [PROPOSED ORDER] |
| Defendants. ) | |

**IT IS HEREBY STIPULATED and AGREED** by and between James E. Keller, Esq., Cole Arnold Radovich, Esq., and Jason Ruiz, Esq., of the U.S. Department of Justice, and Richard A. Schonfeld, attorney for Defendant, Benjamin Galecki, and John Lloyd Snook, III, Esq., attorney for Defendant, Charles Burton Ritchie, that the Sentencing hearing currently scheduled for May 22, 2020, at 9:00 a.m. be continued to July 14, 2020, at 9:00 a.m.  It is further stipulated and agreed that any Sentencing memoranda shall be due on June 29, 2020.

This Stipulation is entered into for the following reasons:

1.  In light of the COVID-19 pandemic, Section 15002(b)(3) of the CARES Act, and this Court's Administrative Orders, including Temporary General Order 2020-05, there is good cause for a continuance of the Sentencing hearing and deadline for submission of Sentencing memoranda.

2.  On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances."

3.  Accordingly, based on the public health emergency brought about by the COVID-2019 pandemic, and the required social-distancing measures as recognized in the General Orders; the parties agree to continue the currently scheduled Sentencing hearing.

4.  The parties agree that the Sentencing can be further delayed without serious harm to the interests of justice. *See* Temporary General Order 2020-05.

5.  The Defendants do not object to the continuance.

///

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing hearing and deadline for submission of Sentencing memoranda.

**DATED** this 30th day of April, 2020.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| /s/ | /s/ |
| **JAMES E. KELLER, ESQ.** | **RICHARD A. SCHONFELD, ESQ.** |
| 400 South Virginia St. | Nevada Bar No. 6815 |
| Reno, Nevada 89501 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant |
| | Benjamin Galecki |

/s/
**COLE RADOVICH**, **ESQ.**
**JASON RUIZ, ESQ.**
Narcotic and Dangerous Drug Section
Criminal Division / U.S. Department of Justice
145 N Street NE / Second Floor, East Wing
Washington D.C. 20530

/s/
**JOHN LLOYD SNOOK, III, ESQ.**
Snoot & Haughey, P.C.
408 East Market Street, Suite 107
Charlottesville, Virginia 22902
Attorney for Defendant, Charles Burton Ritchie

**ORDER**

Based on the foregoing, and with good cause appearing, **IT IS HEREBY ORDERED** that Defendants' Sentencing hearing currently scheduled for May 22, 2020, at 9:00 a.m. be continued to July 14, 2020, at 9:00 a.m.

**IT IS FURTHER ORDERED** that any Sentencing memoranda shall be due on June 29, 2020.

**IT IS SO ORDERED.**

**DATED** this 30th day of April, 2020.

_____
**HONORABLE ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

  /s/
_____
**RICHARD A. SCHONFELD, ESQ.**