# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BURTON RITCHIE,<br>BENJAMIN GALECKI,<br><br>Defendants. | Case No.: 2:15-cr-0285-APG-EJY<br><br>**Order Regarding Scheduling** |

Sentencing is scheduled for July 14, 2020. *See* ECF No. 534. Defendant Galecki has agreed to have his pending Alabama case transferred here, where he will plead guilty to one count and I will sentence him in that case and this case. See ECF No. 527. The parties apparently are negotiating an arrangement to do the same thing with a case pending in the Eastern District of Virginia. I do not know whether either of those arrangements includes defendant Ritchie. Regardless, this will require the scheduling of a plea hearing and the preparation of an updated Presentence Investigation Report, potential objections, and sentencing memoranda. That is a lot to accomplish before July 14, especially given the strains on the courts, counsel, and Probation Office due to the current civil unrest and Covid-19 pandemic.

I HEREBY ORDER all parties to confer (including with Probation Officer Sunny Cascio) about a timeline to complete these and any other tasks, and whether the July 14 sentencing hearing should be moved. The parties are to submit a stipulated timeline or competing proposals by June 15, 2020.

DATED this 3rd day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE