# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES BURTON RITCHIE,<br>BENJAMIN GALECKI,<br><br>　　　　　　　Defendants. | Case No.: 2:15-cr-0285-APG-EJY<br>Case No.: 2:20-cr-0163-APG-EJY<br>Case No.: 2:20-cr-0164-APG-EJY<br><br>**Order Setting Status Hearing** |

The defendants are scheduled to be sentenced on September 9, 2020. They request to appear in-person at the sentencing hearing if any victims are going to appear in-person at that hearing. This court's Temporary General Order 2020-09 requires "that in-custody defendants scheduled to appear for in-person court hearings are tested for COVID-19 before the hearing, with the defendant's consent." I discussed this requirement with the defendants and all counsel at the last hearing. I have now learned that the defendants refused to be tested for COVID-19 yesterday.

In order to determine how to proceed with sentencing, I will conduct a video status hearing tomorrow, **Wednesday August 26, 2020 at 1:00 p.m**. My courtroom administrator will circulate access information separately.

DATED this 25th day of August, 2020.

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE