# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00285-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| CHARLES BURTON RITCHIE, et al., | |
| Defendants | |

I ORDER the United States of America to file a response to the defendants' motion for release pending appeal (ECF No. 659) by October 19, 2023. The defendants may file a reply in the ordinary course.

DATED this 11th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE