UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>CHARLES BURTON RITCHIE,<br><br>　　　　Defendant | Case Nos.: 2:15-cr-00285-APG-EJY<br>　　　　　　2:20-cr-00163-APG-EJY<br>　　　　　　2:20-cr-00164-APG-EJY<br><br>**Order Imposing Conditions for Release Pending Appeal** |

　　　　I previously granted defendant Charles Burton Ritchie's motion for release pending appeal. ECF No. 673.  I ordered that, while his appeal is pending, Ritchie will be supervised by United States Pretrial Services, and that that office will determine the level of monitoring that is appropriate.  After consultation with Pretrial Services, I hereby order that Ritchie be released subject to the following conditions:

　　　　1.　　The defendant shall report for supervision to U.S. Pretrial Services in the district in which he is released within 72 hours of his release.  He must provide to Pretrial Services the complete address where he will reside.

　　　　2.　　The defendant shall surrender all passports and passport cards to U.S. Pretrial Services or the supervising officer.

　　　　3.　　The defendant shall not obtain a passport or passport card.

　　　　4.　　The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Utah.

　　　　5.　　Defendant may travel outside of Utah with permission from Pretrial Services however he may not be away from his residence for more than three days without court approval.

6. The defendant shall maintain residence at his mother's residence in Utah and may not move prior to obtaining permission from the court, Pretrial Services, or the supervising officer.

7. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.

8. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.

DATED this 29th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE