**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES BURTON RITCHIE,<br>aka Burton Ritchie<br><br>　　　　Defendant. | 2:15-cr-285-APG-EJY<br><br>**Order Granting Motion to Extinguish Interest in Property**<br><br>[ECF No. 676] |

　　The United States of America moved to extinguish all property rights of non-party Meridian Private Residences Homeowners Association in 260 E Flamingo Rd #205 [also known as Unit No. 233], Las Vegas, NV 89169 for failure to assert an interest in the property under 21 U.S.C. § 853(n)(2). ECF No. 676.  The motion was served upon Meridian Private Residences Homeowners Association. ECF No. 683.  No opposition was filed, and the motion is supported by good cause.

　　I THEREFORE ORDER that the motion **(ECF No. 676) is granted**.  All property rights of Meridian Private Residences Homeowners Association are extinguished in 260 E Flamingo Rd #205 [also known as Unit No. 233], Las Vegas, NV 89169 while the government owns the property absent further order of this court.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: January 17, 2024